UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/24

FAOUZI JABER,

          Petitioner,

-against-

18 CV 12047 (CM)
13 CR 485 (CM)

UNITED STATES OF AMERICA,

          Respondent.

_____x

## DECISION AND ORDER DENYING MOTION FILED PURSUANT TO RULE 60(b) FOR RELIEF FROM THE COURT'S DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE OR SET ASIDE HIS CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. § 2255

McMahon,J.:

    Faouzi Jaber has filed a motion for reconsideration pursuant to Fed. R. Civ. P., Rule

60(b), asking the Court to reverse its decision denying his motion to vacate his convictions

pursuant to 28 U.S.C. § 2255 (*See Faouzi Jaber v. United States*, 18 CV 12047 (CM), Docket

Entry 5). *Faouzi Jaber v. United States*, 18 CV 12047 (CM), Docket Entry 11.

    Jaber's motion for relief from the Court's June 14, 2019 decision denying his § 2255

motion is denied.

    This Court declines to issue a certificate of appealability because there has been no

"substantial showing of the denial of a constitutional right." 28 U.S.C. Section 2253(c)(2); *see*

*United States v. Perez*, 129 F.3d 255, 260 (2d Cir. 1997).   Further, the Court finds, pursuant to

28 U.S.C. Section 1915(a)(3), that any appeal from an order denying Jaber's motion would not

be taken in good faith. *See Feliz v. United States*, 2002 WL 1964347, at *7 (S.D.N.Y. 2002).

    The Clerk is directed to terminate the motions at 18 CV 12047 (CM), Docket Entry 11.

    This constitutes the decision and order of the court.

- 1

April 15, 2024

United States District Court Judge

By ECF & First Class Mail To:

Faouzi Jaber, Reg No.: 75840-054
FCI Gilmer
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 6000
GLENVILLE, WV   26351

- 2